## Harrison Thompson et al. *v* Henry Bell.

Bills of Exchange—Failure to Present for Payment or Pretext—Excuse—Liability of Endorsers.

Commercial intercourse having been entirely suspended between Kentucky and the city of New Orleans, at which place the bill was payable, at the time of maturity, the failure of the holder to present it for payment or protest at that time, did not operate to release the endorser.

APPEAL FROM FAYETTE CIRCUIT COURT.

September 16, 1867.

Opinion of the Court by Judge Hardin:

It sufficiently appears that the appellee was the owner and holder of the bill of exchange in controversy before and on the 15th day of December, 1861, when the same matured, and was payable in the city of New Orleans, and that by the Civil War then being waged between various Southern States, including Louisiana, and the Government of the United States, and the States adhering thereto, including Kentucky, within which the appellee was, and resided, commercial intercourse between the State of Kentucky

an dthe city of New Orleans was entirely suspended, and so continud to be from the maturity of said bill, within the month of July, 1862.

The holder of the bill being thus inadvertently prevented from causing it to be presented for payment, or protested, the failure to do so did not, in our opinion, operate to release the appellants from this liability as indorsers.

This conclusion, which renders the consideration of other questions unnecessary, seems to us to be in accordance with the decisions of this court in the cases of Gravis against Tilford, 2 Duvall, 108, and Bell, Berkley & Co. v. Hall's Exrs., etc, in same volume, 292.

Wherefore, perceiving no available error in the judgment, the same is affirmed.